520

Argued October 10, affirmed November 8, 1968

SNYDER, *Respondent, v.* SOUTH SUBURBAN
SANITARY DISTRICT, *Defendant,*
and
PHAIR, *Appellant.*

446 P. 2d 514

*Stanley C. Jones,* Klamath Falls, argued the cause
for appellant. With him on the brief were J. Anthony
Giacomini and Richard T. Flynn, Klamath Falls.

*Arthur A. Beddoe,* Klamath Falls, argued the cause
for respondent. With him on the brief was Beddoe &
Wood and Thomas D. Wood, Klamath Falls, Oregon.

Before PERRY, Chief Justice, and McALLISTER,
SLOAN, O'CONNELL and MENGLER, Justices.

O'CONNELL, J.

This is an action to recover damages for personal
injuries. The jury awarded plaintiff damages against
defendant Ron Phair only and he appeals.

Defendant contends that the trial court should have granted his motion for a directed verdict on the ground that plaintiff was contributorily negligent as a matter of law.

We concur in the trial court's conclusion that plaintiff was not contributorily negligent as a matter of law.

Judgment affirmed.